UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Cone</u>

               v.                    Civil No. 11-cv-297-LM

<u>Sam's Transportation, Inc.</u>


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #9, Plaintiff's Automatic Disclosure Pursuant to Fed. R. Civ. P. 26(a), filed by Richard Cone

DATE FILED:   November 7, 2011

     Pursuant to Fed. R. Civ. P. 5(d) Disclosures under Rule 26(a)(1) or (2) must not be filed with the court until they are used in the proceeding or the court orders filing.

     It is herewith ordered that the document is stricken and removed from the docket.


     SO ORDERED.

November 7, 2011

                                                              /s/ Landya B. McCafferty
                                                             Landya B. McCafferty
                                                             United States Magistrate Judge


cc:     Joseph F. McDowell, III, Esq.
        Andrew D. Dunn, Esq.